```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,  :    CIVIL ACTION
et al.,                        :
                               :    NO. 21-00258
        Plaintiffs             :
    v.                         :
                               :
EUGENE SCALIA, et al.          :
                               :
        Defendants             :
```

**O R D E R**

**AND NOW**, this **25th** day of **January, 2021**, upon consideration of the motion to admit Joseph J. Wardenski, Esq., as counsel pro hac vice (ECF. No. 7) for Plaintiff State of New York, it is hereby **ORDERED** that Mr. Wardenski is **ADMITTED** in this case as counsel pro hac vice. Loc. R. Civ. P. 83.5.2(b).

**IT IS FURTHER ORDERED** that (i) as counsel pro hac vice, counsel shall review and become familiar with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and agree to be bound by and subject to discipline thereunder; (ii) that moving counsel, Christopher S. Hallock, Esq., of the Pennsylvania Office of the Attorney General (1600 Arch St., Suite 300, Philadelphia, PA) shall act as associate counsel of record, and shall maintain during the pendency of the proceeding an office within the Eastern District of

Pennsylvania where all pleadings, motions, notices, and other papers can be served, Loc. R. Civ. P. 83.5.2(a); and (iii) counsel shall pay the admission fee to the Clerk of Court.

    **AND IT IS SO ORDERED.**

    */s/ Eduardo C. Robreno*
    **EDUARDO C. ROBRENO, J.**