```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

COMMONWEALTH OF PENNSYLVANIA, : CIVIL ACTION
et al.,                       :
                              : NO. 21-00258
    Plaintiffs            :
  v.                          :
                              :
EUGENE SCALIA, et al.         :
                              :
    Defendants            :

### O R D E R

**AND NOW**, this **19th** day of **March, 2021,** on motion by defendant Department of Labor with the consent of all plaintiffs (ECF No. 23), it is hereby **ORDERED** that the matter is placed in **SUSPENSE.**

It is **FURTHER ORDERED** that defendant Department of Labor is required to submit a status report in sixty days and every sixty days thereafter until further order of the Court.

**AND IT IS SO ORDERED.**

                                              */s/ Eduardo C. Robreno*
                                             **EDUARDO C. ROBRENO, J.**