IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Scalia | : | No.: 2:21-cv-00258-ER |

ORDER

AND NOW, this _____ day of _____ 20__, it is hereby

ORDERED that the application of Fiona J. Kaye _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-cv-00258-ER

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Fiona J. Kaye** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | Feb. 18, 2010 | 4789293 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Fiona J. Kaye** (Applicant's Signature)
Digitally signed by Fiona J. Kaye
Date: 2021.07.22 16:37:11 -04'00'

Date: 07/22/2021

Name of Applicant's Firm: New York State Office of the Attorney General
Address: 28 Liberty Street, New York, NY 10005
Telephone Number: (212) 416-8036
Email Address: fiona.kaye@ag.ny.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/22/2021

**Fiona J. Kaye** (Applicant's Signature)
Digitally signed by Fiona J. Kaye
Date: 2021.07.22 16:37:48 -04'00'

04/20

Fiona J. Kaye

# Attachment

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Courts where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | May 4, 2016 | |
| U.S. Court of Appeals for the Ninth Circuit | July 1, 2013 | |
| U.S. District Court, Southern District of New York | Nov. 22, 2010 | FK3744 |
| U.S. District Court, Eastern District of New York | Nov. 22, 2010 | FK5555 |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Fiona J. Kaye** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ryan B. Smith | Ryan B. Smith *(Digitally signed by Ryan B. Smith, Date: 2021.07.26 09:23:02 -04'00')* | Jan. 29, 2019 | Pa. 324643 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pennsylvania Office of Attorney General

1600 Arch Street, Suite 300

Philadelphia, PA 19103 - (215) 478-4593


I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/26/2021**                    **Ryan B. Smith** *(Digitally signed by Ryan B. Smith, Date: 2021.07.26 09:24:10 -04'00')*
             (Date)                                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Scalia | : | No.: 2:21-cv-00258-ER |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Fiona J. Kaye**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

In lieu of mailing, this document has been filed electronically and is available to all parties for viewing and downloading from the ECF system in accordance with Local Rule 5.1.2(8)(b).

**Ryan B. Smith**
Digitally signed by Ryan B. Smith
Date: 2021.07.26 09:24:44 -04'00'
_____
(Signature of Attorney)

**Ryan B. Smith**
_____
(Name of Attorney)

**Commw. of Pennsylvania**
_____
(Name of Moving Party)

**07/26/2021**
_____
(Date)