UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE SCALIA, et al.,<br><br>Defendants. | No. 2:21-cv-00258-ER |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Under Local Rule 5.1, I, Joseph J. Wardenski, respectfully move to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The State of New York will continue to be represented in this matter by Fiona J. Kaye, who was admitted in this case as counsel *pro hac vice* on July 26, 2021.

DATED:  July 27, 2021

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski
Senior Trial Counsel
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Joseph.Wardenski@ag.ny.gov

**CERTIFICATE OF SERVICE**

I certify that, on this 27th day of July, 2021, the foregoing Motion for Leave to Withdraw as Counsel was filed with the Court and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Joseph J. Wardenski
Joseph J. Wardenski