```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, :   CIVIL ACTION
et al.,                       :
                              :   NO. 21-00258
        Plaintiffs,           :
    v.                        :
                              :
EUGENE SCALIA, et al.,        :
                              :
        Defendants.           :
```

**O R D E R**

**AND NOW**, this **28th** day of **July, 2021**, upon consideration of the Motion for Leave to Withdraw as Counsel filed by Joseph J. Wardenski, it is hereby **ORDERED** that the Motion (ECF No. 29) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**