```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, :   CIVIL ACTION
et al.,                       :
                              :   NO. 21-00258
        Plaintiffs,           :
     v.                       :
                              :
EUGENE SCALIA, et al.,        :
                              :
        Defendants.           :
```

### O R D E R

**AND NOW**, this **16th** day of **November, 2021**, it is hereby **ORDERED** as follows:

1. The case shall be **REMOVED** from suspense;

2. The parties' joint stipulation of dismissal [ECF No. 33] is **APPROVED**; and

3. The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

                          */s/ Eduardo C. Robreno*
                          **EDUARDO C. ROBRENO, J.**